UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| BRYIUS LEWIS | ) |
| | ) |
| v. | ) No. 2:13-cv-221 |
| | ) *Judge Jordan* |
| TENNESSEE DEP'T of CORR. | ) |

### MEMORANDUM

This prisoner's *pro se* civil rights action under 42 U.S.C. § 1983 is before the Court upon the postal return of correspondence sent to plaintiff at the address he listed as his current address in the complaint. The correspondence was returned by the postal authorities more than thirty days ago, marked, "Return to Sender, Attempted-Not Known, Unable to Forward," [Doc. 3]. Obviously, plaintiff has failed to keep the Court apprised as to his correct address and, without it, neither the Court nor the defendant can communicate with him regarding his case.

Therefore, this action will be **DISMISSED** by separate order for plaintiff's failure to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

**ENTER:**

_____
LEON JORDAN
UNITED STATES DISTRICT JUDGE